## COLLINS *v.* COMMISSIONER OF INTERNAL REVENUE.

No. 134.  Decided November 25, 1968.

*Donald P. Moyers* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Rogovin, Jonathan S. Cohen,* and *Robert J. Campbell* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated and the case is remanded to the Court of Appeals for further consideration in light of the opinion of the Supreme Court of Oklahoma in *Collins* v. *Oklahoma Tax Comm'n,* 446 P. 2d 290.

## ARTHUR *v.* VIRGINIA.

No. 501.  Decided November 25, 1968.

*Wm. Rosenberger, Jr.,* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.